IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00123-WDM-MEH

JOHN R. NEWMAN AND
VIRGINIA L. NEWMAN,

    Plaintiffs,

v.

MARCUS LAMB AND
WORD OF GOD FELLOWSHIP,

    Defendants.

## NOTICE OF DISMISSAL

    The court takes notice of Plaintiff's "Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(I)." Accordingly, this case is dismissed with prejudice each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 5, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL